# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:   Belinda Bell                                              Case No.  16-30049
                                                                   Chapter 13
                                                                   Hon. Daniel S. Opperman

　　　　　Debtor(s).
_____/

## AFFIDAVIT REGARDING STATE OF MICHIGAN TAX RETURNS

Now Comes, Belinda Bell under oath who states:

1. Debtor has filed all tax returns for the State of Michigan.


Dated:   3/14/16

                                                    /s/    Belinda Bell
                                                    Belinda Bell, debtor



                                                    Respectfully submitted,

                                                    BANKRUPTCY LAW OFFICE

Dated:  3/14/16                                       /s/   *George E. Jacobs*
                                                    George E. Jacobs (P36888)
                                                    2425 S. Linden Rd., Ste. C
                                                    Flint, MI 48532
                                                    (810) 720-4333
                                                    george@bklawoffice.com